UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-MC-00200-KJM-SCR |
| Plaintiff, | ORDER |
| v. | |
| MARTY MARCIANO BOONE, | |
| Debtor. | |
| Computershare Trust Company, N.A., (and Its Successors and Assignees), | |
| Garnishee. | |

The Court, having reviewed the United States' Request for an Order Terminating the Writ of Garnishment ("Request"), ECF no. 12, and finding good cause therefrom, hereby **grants** the Request. Accordingly, it is ORDERED THAT:

1.  Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on June 22, 2022, is **terminated**; and

2.  This order resolves ECF no. 12 and **closes the case.**

IT IS SO ORDERED.

DATED:  November 21, 2024.

UNITED STATES DISTRICT JUDGE